1   Scottlynn J Hubbard, SBN 212970
    **Disabled Advocacy Group, APLC**
2   12 Williamsburg Lane
3   Chico, CA 95926
    Telephone: (530) 895-3252
4   Facsimile: (530) 894-8244
5   Email: USDCCentral@HubsLaw.com

6   Attorney for Plaintiff

7

8                       UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA

10

11  Michael Rocca,                      } Case No. CV17-03072 DSF (PLAx)
                                        }
12          Plaintiff,                  }
                                        } **Notice of Settlement**
13          vs.                         }
                                        }
14                                      }
    99 Cents Only Stores, LLC, et al.,  }
15                                      }
                                        }
16          Defendants.                 }
                                        }
17  _____    }

18

19          NOTICE IS HEREBY GIVEN that the aforementioned matter known

20  as *Rocca v. 99 Cents Only Stores, LLC, et al.,* Case No. CV17-03072

21  DSF (PLAx) has been resolved. The parties anticipate filing a

22  Stipulation for Dismissal within eight weeks.

23  Dated: August 10, 2017          DISABLED ADVOCACY GROUP, APLC

24

25                                   */s/ Scottlynn J Hubbard, Esquire*
26                                  SCOTTLYNN J HUBBARD
                                    Attorney for Plaintiff
27

28