1 | Scottlynn J Hubbard, SBN 212970
2 | Khushpreet R. Mehton, SBN 276827
3 | **Disabled Advocacy Group, APLC**
    12 Williamsburg Lane
4 | Chico, CA 95926
5 | Telephone: (530) 895-3252
    Facsimile: (530) 894-8244
6 | Email: usdccentral@hubslaw.com
7 |
8 | Attorneys for Plaintiff Michael Rocca

9 | United States District Court
10 |
11 | Central District of California

12 | Michael Rocca,                ) Case No. 2:17-cv-03072-DSF-PLA
13 |                               )
14 |     Plaintiff,                )
15 | v.                            ) Joint Stipulation for Dismissal
16 | 99 Cents Only Stores, LLC dba 99 )
     Cents Only #422; Sylmar Plaza )
17 | Shopping Center, Inc.,        )
18 |     Defendants.               )
19 | _____)

20
21
22
23
24
25
26
27
28

TO THE COURT AND ALL PARTIES:

Through this Joint Stipulation, plaintiff Michael Rocca and defendants 99 Cents Only Stores, LLC dba 99 Cents Only #422 and Sylmar Plaza Shopping Center, Inc., hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 12, 2017   Disabled Advocacy Group, APLC

*/s/ Scottlynn J Hubbard*
Scottlynn J Hubbard
Attorneys for Plaintiff Michael Rocca

Dated: September 12, 2017   Arnold LaRochelle Mathews Ancones & Zirbel LLP

*/s/ Dean W. Hazard*
Dean W. Hazard
Attorneys for Defendant Sylmar Plaza Shopping Center, Inc.

Dated: September 12, 2017   Shoreline, A Law Corporation

*/s/ Richard G. Stoll*
Richard G. Stoll
99 Cents Only Stores LLC dba
99 Cents Only Store #422

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Scottlynn J Hubbard, do attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

          */s/ Scottlynn J Hubbard*
          Scottlynn J Hubbard